Merrell, Paula R & Kenneth W
09-54753

FILED
2011 FEB 22 PM 2:30
[illegible stamp]
BANKRUPTCY COURT
DISTRICT OF OHIO

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

                                    NONE


    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 29,301.12  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.7  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 2,004.98 | $ 0.00 | $ 95.01 |
| 2 | DISCOVER BANK | $ 945.75 | $ 0.00 | $ 44.82 |
| 3 | Rehabilitation and Health Services | $ 297.82 | $ 0.00 | $ 14.11 |
| 4 | CAPITAL ONE BANK USA, N.A. | $ 6,027.48 | $ 0.00 | $ 285.63 |
| 5 | CAPITAL ONE BANK USA, N.A. | $ 2,206.52 | $ 0.00 | $ 104.56 |
| 6 | Chase Bank USA, N.A. | $ 7,082.79 | $ 0.00 | $ 335.64 |
| 7 | Chase Bank USA, N.A. | $ 3,108.41 | $ 0.00 | $ 147.30 |
| 8 | Chase Bank USA, N.A. | $ 1,567.39 | $ 0.00 | $ 74.28 |
| 9 | Messerli & Kramer PA | $ 5,310.40 | $ 0.00 | $ 251.65 |
| 10 | Summit Rehabilitation Services | $ 102.60 | $ 0.00 | $ 4.86 |
| 11 | Chase Bank USA, N.A. | $ 183.88 | $ 0.00 | $ 8.71 |
| 12 | Recovery Management Systems Corporation | $ 305.62 | $ 0.00 | $ 14.48 |

ck # 1016
receipt # 82164

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

09-54753-mss   Doc 48-1   FILED 01/13/11   ENTERED 01/13/11 10:44:59   Page 3 of 4
09-54753-mss   Doc 54   FILED 02/22/11   ENTERED 02/22/11 14:50:17   Page 1 of 1